No. 1000. MILLER *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Louis Halle* for

petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, W. Marvin Smith,* and *A. W. Henderson for the* United States.